AUGUST BEREND v. STEPHEN H. AVERY ET AL.

*Justice's courts—Discontinuance.*

The practice of allowing judgment on bills or notes to be taken against part of the defendants is not authorized in justices' courts.

Error to St. Clair. Submitted June 14. Decided June 21.

ASSUMPSIT. Plaintiff brings error.

*J. L. Coe* and *O'B. J. Atkinson* for plaintiff in error.

*Charles R. Brown* for defendants in error.

MARSTON, J. This case is disposed of by *Anderson v. White,* ante, p. 130, decided at the present term, the only difference being that the action in this case was brought in justice's court, while the other was in the circuit. There is no statute permitting in justices' courts the course of practice adopted in this case.

The judgment of the circuit reversing the judgment rendered in the justice's court must be affirmed with costs.

The other Justices concurred.